RE: Rene SAUCEDA
Docket Number: 2:01CR00224-01
PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( ) The issuance of a warrant   ( ) Bail set at $ __   ( ) No Bail

( ) The issuance of a summons (copy to Defense Counsel).

(✓) **Other:** To place this matter on the Court's calendar on February 9, 2007, at 10:00 a.m., to show cause why supervised release heretofore ordered should not be revoked. Furthermore, the probation officer is directed to notify the releasee and counsel of said hearing.

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( ) Defendant is ordered detained, to be brought before District Judge forthwith.

※ ( ) Initial appearance and detention hearing before Magistrate Judge.

____1/25/07____   _____
Date                Signature of Judicial Officer

cc: United States Probation
Richard Bender, Assistant United States Attorney
Rachelle Barbour, Defense Counsel

Attachment: Presentence Report

**FILED** (as corrected ※)

JAN 3 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

Rev. 08/2006
VIOLATION_PETITION
(PROB12C) MRG

5