UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY - 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )
    Plaintiff,            )   Case No. CR-S-01-224
                          )
    v.                    )
                          )   RELEASE ORDER NO. _____
Rene Sauceda             )
                          )   ORDER FOR RELEASE OF
    Defendant.            )   PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Rene Sauceda_

_____, Case No. _____,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

_____ Bail posted in the sum of $_____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other) _defendant shall return to court on 6/13/08 @ 10 AM for status conf_

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, Cal_ on _May 2, 2008_,

~~19~~_____ at _____ ~~a.m.~~/p.m.

By _/s/ EJG_
United States District Judge or
United States Magistrate

Copy 2 - Pre Trial Services